Steven A. Miller (*pro hac vice*)
Email: samiller@reedsmith.com
Brian D. Roche (*pro hac vice*)
Email: broche@reedsmith.com
Jennifer Y. DePriest (*pro hac vice*)
Email: jdepriest@reedsmith.com
Lawrence E. James, Jr. (*pro hac vice*)
Email: ljames@reedsmith.com
Benjamin D. Mooneyham (*pro hac vice*)
Email: bmooneyham@reedsmith.com
REED SMITH LLP
10 South Wacker Drive
Chicago, IL 60606-7507
Telephone: +1 312 207 1000
Facsimile: +1 312 207 6400

William R. Overend (SBN 180209)
Email: woverend@reedsmith.com
Kirin K. Gill (SBN 259968)
Email: kgill@reedsmith.com
REED SMITH LLP
101 Second Street
Suite 1800
San Francisco, CA 94105-3659
Telephone: +1 415 543 8700
Facsimile: +1 415 391 8269

Attorneys for Plaintiffs
Koninklijke Philips N.V. and Philips Lumileds
Lighting Company LLC

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Koninklijke Philips N.V. and Philips Lumileds Lighting Company LLC, <br><br> Plaintiffs, <br><br> vs. <br><br> Elec-Tech International Co., Ltd., Elec-Tech International (H.K.) Co., Ltd., Wuhu Elec-Tech Photoelectric Technology Co. Ltd., ETI Yangzhou Photovoltaic Technology Co., Ltd., Dalian Deheo Photovoltaic Technology Co., Ltd., Shenzhen Retop LED Display Co., Ltd., ETI Solid State Lighting Inc., ETI LED Solutions Inc., Donglei Wang, Eva Chan, and Gangyi Chen, <br><br> Defendants. | Case No. 14-cv-02737-BLF <br><br> **[PROPOSED] ORDER ALLOWING EQUIPMENT INTO COURTROOM** <br><br> Date: March 12, 2015 <br> Time: 9:00 a.m. <br> Courtroom: 3 |

Case No. 14-cv-02737-BLF

PROPOSED ORDER ALLOWING EQUIPMENT INTO COURTROOM

# [PROPOSED] ORDER

The Court hereby allows the following equipment to be brought into the Courtroom for use at the hearing in this matter on March 12, 2015:

4 laptop computers;

Various cables.

IT IS SO ORDERED.

DATED: March 10, 2015.

_____
The Honorable Beth Labson Freeman
UNITED STATES DISTRICT JUDGE