UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| KONINKLIJKE PHILIPS N.V., et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>ELEC-TECH INTERNATIONAL CO., LTD., et al.,<br><br>    Defendants. | Case No. 14-cv-02737-BLF<br><br>**ORDER VACATING ORDER GRANTING DEFENDANTS' MOTION TO SEAL**<br><br>[Re: ECF 127] |

On April 16, 2015, the Court granted Defendants' motion to seal portions of the March 12, 2015 public hearing transcript on Defendants' motion to dismiss. ECF 127. Pursuant to Civil Local Rule 7-11, a party may oppose an administrative motion, including a motion to file a document under seal, up to four days after the motion is filed. The Court issued its Order granting the motion to seal prior to four days having elapsed for Plaintiffs to oppose Defendants' request.

The Court hereby VACATES the Sealing Order, at ECF 127. The Court will issue an Order on the motion following Plaintiffs' full opportunity to file an opposition to the requested sealing.

**IT IS SO ORDERED.**

Dated: April 16, 2015

_____
BETH LABSON FREEMAN
United States District Judge