UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| Koninklijke Philips N.V. and Philips Lumileds Lighting Company LLC,<br><br>            Plaintiff,<br>    vs.<br><br>Elec-Tech International Co., Ltd., Elec-Tech International (H.K.) Co., Ltd., Wuhu Elec-Tech Photoelectric Technology Co., Ltd., ETI Yangzhou Photovoltaic Technology Co., Ltd., Dalian Deheo Photovoltaic Technology Co., Ltd., Shenzhen Retop LED Display Co., Ltd., ETI Solid State Lighting Inc., ETI LED Solutions Inc., Donglei Wang, Eva Chan, and Gangyi Chen,<br><br>            Defendants. | CASE NO. 5:14-CV-02737-BLF<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS ELEC-TECH INTERNATIONAL CO., LTD. AND ELEC-TECH INTERNATIONAL (H.K.) CO., LTD.'S NOTICE OF MOTION AND MOTION FOR CIVIL CONTEMPT AND/OR FOR SANCTIONS AGAINST PLAINTIFFS AND REED SMITH LLP FOR VIOLATIONS OF THE PARTIES' AGREED PROTECTIVE ORDER** |

**[PROPOSED] ORDER**

Having considered Elec-Tech International Co., Ltd. and Elec-Tech International (H.K.) Co., Ltd 's (the "Moving Defendants") Motion for Civil Contempt and/or for Sanctions Against Plaintiffs and Reed Smith LLP for Violations of the Parties' Agreed Protective Order (the "Motion"),

IT IS HEREBY ORDERED AND ADJUGED that

(1) The Moving Defendants' Motion is GRANTED;

(2) Koninklijke Philips N.V. and Philips Lumileds Lighting Company LLC ("Plaintiffs") and their counsel, Reed Smith LLP ("Reed Smith"), having violated the agreed-upon Model Protective Order for Litigation Involving Patents, Highly Sensitive Confidential Information and/or Trade Secrets promulgated by the United States District Court for the Northern District of California (the "Agreed Protective Order"), are hereby held in civil contempt of court;

(3) Plaintiffs shall amend their complaint (the "State Complaint") docketed in Case No. 1-15-CV-278566 in the Superior Court for the County of Santa Clara, California (the "State Court Action") and excise all references to Moving Defendants' designated discovery materials and confidential information produced to Plaintiffs in this action; and

(4) Plaintiffs and Reed Smith shall reimburse Moving Defendants for all reasonable fees and costs incurred by Moving Defendants as a result of violations by Plaintiffs and Reed Smith of the Agreed Protective Order (in an amount to be determined);[1] and

(5) Plaintiffs, as an evidentiary sanction, are permanently prohibited from using, for any purpose (including in any litigation in the State Court Action or any other legal proceeding), Moving Defendants' designated discovery materials and confidential information produced to Plaintiffs in the this action and improperly used and/or relied upon in the State Complaint, including, without limitation, Exhibits , 3, 5, 6, 7,8, 9, 10, 12, 13, 14, 15, 16, 17, 18, 19, 20, 23, 24, 28, 31, 39, 41, 43, 44, 45, and 50 to the Declaration of Lawrence E. James, Jr. in Support of Opposition to Defendants' Motion to Dismiss for Lack of Subject Matter Jurisdiction and Motion

---

[1] Moving Defendants shall file proof of such fees and costs within thirty (30) days of the entry of this Order.

[PROPOSED] ORDER GRANTING DEFENDANTS ELEC-TECH INTERNATIONAL CO., LTD. AND ELEC-TECH INTERNATIONAL (H.K.) CO., LTD.'S NOTICE OF MOTION AND MOTION FOR CIVIL CONTEMPT AND/OR FOR SANCTIONS AGAINST PLAINTIFFS AND REED SMITH LLP FOR VIOLATIONS OF THE PARTIES' AGREED PROTECTIVE ORDER

1  to Dismiss for Lack of Personal Jurisdiction, Dkt. Nos. 88-7 & 91-7 and any other designated

2  discovery materials produced in this action from which the improperly disclosed information

3  could have been derived.

4

5  DATED _____               _____

6                                      The Honorable Beth L. Freeman
                                       United States District Court Judge
7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

-1-                                  Case No. 5:14-CV-02737-BLF
[PROPOSED] ORDER GRANTING DEFENDANTS ELEC-TECH INTERNATIONAL CO., LTD. AND ELEC-TECH INTERNATIONAL (H.K.) CO., LTD.'S NOTICE OF MOTION AND MOTION FOR CIVIL CONTEMPT AND/OR FOR SANCTIONS AGAINST PLAINTIFFS AND REED SMITH LLP FOR VIOLATIONS OF THE PARTIES' AGREED PROTECTIVE ORDER