| | |
|---|---|
| Steven A. Miller (*Pro hac vice*)<br>Email: samiller@reedsmith.com<br>Brian D. Roche (*Pro hac vice*)<br>Email: broche@reedsmith.com<br>Jennifer Y. DePriest (*Pro hac vice*)<br>Email: jdepriest@reedsmith.com<br>Lawrence E. James, Jr. (*Pro hac vice*)<br>Email: ljames@reedsmith.com<br>REED SMITH LLP<br>10 South Wacker Drive<br>Chicago, IL 60606-7507<br>Telephone: +1 312 207 1000<br>Facsimile: +1 312 207 6400<br><br>William R. Overend (CA SBN 180209)<br>Email: woverend@reedsmith.com<br>Kirin K. Gill (CA SBN 259968)<br>Email: kgill@reedsmith.com<br>REED SMITH LLP<br>101 Second Street<br>Suite 1800<br>San Francisco, CA 94105-3659<br>Telephone: +1 415 543 8700<br>Facsimile: +1 415 391 8269<br><br>Attorneys for Plaintiffs<br>Koninklijke Philips N.V. and Philips Lumileds Lighting Company LLC | QUINN EMANUEL URQUHART & SULLIVAN, LLP<br>  Claude M. Stern (Bar No. 96737)<br>  claudestern@quinnemanuel.com<br>  Michael D. Powell (Bar No. 202850)<br>  mikepowell@quinnemanuel.com<br>555 Twin Dolphin Drive, 5th Floor<br>Redwood Shores, California  94065-2139<br>Telephone:     (650) 801-5000<br>Facsimile:     (650) 801-5100<br><br>QUINN EMANUEL URQUHART & SULLIVAN, LLP<br>  Minyao Wang (Bar No. 4744314)<br>  minyaowang@quinnemanuel.com<br>51 Madison Avenue, 22nd Floor<br>New York, NY 10010<br>Telephone: (212) 849-7000<br><br>Attorneys for Defendants |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Koninklijke Philips N.V. and Philips Lumileds Lighting Company LLC,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>Elec-Tech International Co., Ltd., Elec-Tech International (H.K.) Co., Ltd., Wuhu Elec-Tech Photoelectric Technology Co. Ltd., ETI Yangzhou Photovoltaic Technology Co., Ltd., Dalian Deheo Photovoltaic Technology Co., Ltd., Shenzhen Retop LED Display Co., Ltd., ETI Solid State Lighting Inc., ETI LED Solutions Inc., Donglei Wang, Eva Chan and Gangyi Chen,<br><br>　　　　　Defendants. | No.: 5:14-CV-2737<br><br>**STIPULATION FOR ENTRY OF JUDGEMENT**<br><br>[PROPOSED] ORDER |

Plaintiffs Koninklijke Philips N.V. and Philips Lumileds Lighting Company LLC (collectively "Plaintiffs") and Defendants Elec-Tech International Co., Ltd., Elec-Tech International (H.K.) Co., Ltd., Wuhu Elec-Tech Photoelectric Technology Co., Ltd., ETI Yangzhou Photovoltaic Technology Co., Ltd., Dalian Deheo Photovoltaic Technology Co., Ltd., Shenzhen Retop LED Display Co., Ltd., ETI Solid State Lighting Inc., ETI LED Solutions Inc., Donglei Wang, Eva Chan and Gangyi Chen (collectively "Defendants" and together with Plaintiffs, the "Parties"), through their respective undersigned counsel, hereby stipulate as follows:

WHEREAS, on March 20, 2015, the Court dismissed Plaintiffs' claim under the Computer Fraud & Abuse Act with prejudice, and declined to exercise supplemental jurisdiction over Plaintiffs' remaining claims, which were dismissed without prejudice (Dkt. 122);

WHEREAS, on June 19, 2015, the Clerk of the Court taxed costs in the amount of $43,495.98 against Plaintiffs (Dkt. 141);

WHEREAS, the Parties have agreed that judgment should be entered in this case with the proposed judgment attached hereto as **Exhibit A**;

WHEREFORE, IT IS HEREBY STIPULATED THAT:

(i)  Judgment is hereby entered in this case consistent with the Court's March 20, 2015 Order on Motions to Dismiss (Dkt. 122) and with the proposed judgment attached hereto as **Exhibit A**;

(ii) The Clerk of the Court shall separately enter judgment in this case pursuant to Federal Rule of Civil Procedure 58(a), with the form attached hereto as **Exhibit A**.

DATED: August 12, 2015          REED SMITH, LLP

By: William R. Overend
    Steven A. Miller (IL SBN 3125365)
    (*Pro hac vice*)
    Email: samiller@reedsmith.com
    Brian D. Roche (IL SBN 6183795)
    (*Pro hac vice*)
    Email: broche@reedsmith.com
    Jennifer Y. DePriest (IL SBN 6272137)

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

(*Pro hac vice*)
Email: jdepriest@reedsmith.com
Lawrence E. James, Jr. (IL SBN 6289823)
(*Pro hac vice*)
Email: ljames@reedsmith.com
REED SMITH LLP
10 South Wacker Drive
Chicago, IL 60606-7507
Telephone: +1 312 207 1000
Facsimile: +1 312 207 6400

William R. Overend (CA SBN 180209)
Email: woverend@reedsmith.com
Kirin K. Gill (CA SBN 259968)
Email: kgill@reedsmith.com
REED SMITH LLP
101 Second Street
Suite 1800
San Francisco, CA 94105-3659
Telephone: +1 415 543 8700
Facsimile: +1 415 391 8269

Attorneys for Plaintiffs
Koninklijke Philips N.V. and Philips Lumileds Lighting Company LLC

DATED: August 12, 2015           QUINN EMANUEL URQUHART & SULLIVAN, LLP

                                 By   /s/ Michael Powell
                                      Claude M. Stern
                                      Michael D. Powell
                                      Minyao Wang (admitted *pro hac vice*)

                                 Attorneys for Defendants

## ATTESTATION

I, Michael D. Powell, am the ECF user whose ID and password are being used to file this Declaration. In compliance with Civil L.R. 5-1(i)(3), I hereby attest that William R. Overend has concurred in this filing.

Dated:  August 12, 2015          */s/ Michael D. Powell*
                                 Michael D. Powell

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: August 12, 2015

/s/ Beth Labson Freeman
The Honorable Beth Labson Freeman
United States District Judge