UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| KONINKLIJKE PHILIPS N.V., et al.,<br><br>        Plaintiffs,<br><br>   v.<br><br>ELEC-TECH INTERNATIONAL CO., LTD., et al.,<br><br>        Defendants. | Case No. 14-cv-02737-BLF<br><br>**ORDER DENYING PLAINTIFFS' ADMINISTRATIVE MOTION FOR LEAVE TO FILE A STIPULATED 25-PAGE**<br><br>[Re: ECF 146] |

On August 7, 2015, Defendants filed a sixteen page motion for civil contempt under Fed. R. Civ. Pro. 37. Under the Court's standing order, absent leave of Court, the page limit for this type of motion is ten pages. The parties now request leave for Plaintiffs to file a twenty-five page opposition and Defendants to file a fifteen page reply to the motion for civil contempt.

Although Plaintiffs argue that they need to address each of the challenged state court actions, Plaintiffs have not shown good reason why it requires twenty-five pages to respond to a sixteen page motion. Further, Defendants have not provided any reason for its request to file a reply brief exceeding the page limits set forth in the Court's standing order.

Accordingly, the Court DENIES Plaintiffs' motion for leave to file excess pages. The Court grants Plaintiffs leave to file a sixteen page opposition and in accordance with the Court's standing order, Defendants reply shall be no more than 5 pages. Plaintiffs shall file a substitute brief **on or before** August 31, 2015 and Defendants shall file a reply brief **on or before** September 7, 2015. The parties shall comply with the page limits set forth in the Civil Local Rules and the Court's standing order.

**IT IS SO ORDERED.**

Dated: August 25, 2015

_____
BETH LABSON FREEMAN
United States District Judge