United States District Court
Northern District of California

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| KONINKLIJKE PHILIPS N.V., et al.,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>ELEC-TECH INTERNATIONAL CO., LTD., et al.,<br><br>　　　　Defendants. | Case No. 14-cv-02737-BLF<br><br>**ORDER SETTING HEARING ON DEFENDANTS' MOTION FOR CIVIL CONTEMPT AND/OR SANCTIONS**<br><br>[Re: ECF 142] |

On August 7, 2015, Defendants filed a motion for civil contempt and/or sanctions against Plaintiffs and Reed Smith LLP for violations of the parties' agreed protective order. ECF 142. Defendants did not schedule a hearing date for the motion.

Accordingly, the Court SETS the hearing on Defendants' motion for September 10, 2015 at 9 a.m.

**IT IS SO ORDERED.**

Dated: September 1, 2015

_____
BETH LABSON FREEMAN
United States District Judge