UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| Koninklijke Philips N.V. and Philips Lumileds Lighting Company LLC,<br><br>              Plaintiff,<br>     vs.<br><br>Elec-Tech International Co., Ltd., Elec-Tech International (H.K.) Co., Ltd., Wuhu Elec-Tech Photoelectric Technology Co., Ltd., ETI Yangzhou Photovoltaic Technology Co., Ltd., Dalian Deheo Photovoltaic Technology Co., Ltd., Shenzhen Retop LED Display Co., Ltd., ETI Solid State Lighting Inc., ETI LED Solutions Inc., Donglei Wang, Eva Chan, and Gangyi Chen,<br><br>              Defendants. | CASE NO. 5:14-CV-02737-BLF<br><br>[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION TO USE LAPTOP COMPUTERS AT HEARING SCHEDULED FOR 9:00 A.M., SEPTEMBER 10, 2015 |

1  **[PROPOSED] ORDER**

2  Having considered Elec-Tech International Co., Ltd., and Elec-Tech International (H.K.)
3  Co., Ltd.'s ("Moving Defendants") Administration Motion To Use Laptop Computers At Hearing
4  Scheduled For 9:00 A.M., September 10, 2015 ("the Administration Motion"),
5  IT IS HEREBY ORDERED that the Administrative Motion is GRANTED.  Counsel for
6  Moving Defendants shall be permitted to bring into the courtroom laptop computers to use during
7  the hearing scheduled at 9:00 a.m. on September 10, 2015.

8
   IT IS SO ORDERED.
9

10 DATED  September 8, 2015

11
                                    _____
12                                  The Honorable Beth Labson Freeman
                                    UNITED STATES DISTRICT JUDGE
13

14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

-1-                                    Case No. 14-CV-02737-BLF
                                       [PROPOSED] ORDER