UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| KONINKLIJKE PHILIPS N.V., et al.,<br><br>　　　　　　　Plaintiffs,<br><br>　　v.<br><br>ELEC-TECH INTERNATIONAL CO., LTD., et al.,<br><br>　　　　　　　Defendants. | Case No. 14-cv-02737-BLF<br><br>**ORDER GRANTING DEFENDANTS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL**<br><br>[ECF 143, 172] |

　　　　On September 22, 2015, the Court denied without prejudice Defendants' request to file the entirety of Exhibit A to their Motion for Civil Contempt or Sanctions ("Exhibit A") under seal. ECF 169.  The Court found that the request was not sufficiently narrow to meet the requirements of Civil Local Rule 79-5. *Id.* Defendants have now narrowed their request and have filed a declaration stating a basis for sealing specific portions of Exhibit A. ECF 172.

　　　　Courts recognize a "general right to inspect and copy public records and documents, including judicial records and documents." *Kamakana v. City & Cnty. of Honolulu*, 447 F.3d 1172, 1178 (9th Cir. 2006). A "good cause" standard governs motions to seal non-dispositive motions. *Id.* at 1179. The documents at issue here concern a motion to seal, which is not dispositive. *See Pinterest, Inc. v. Pintrips, Inc.*, No. 13-CV-04608-RS, 2014 WL 6603083, at *3 (N.D. Cal. Nov. 20, 2014). Therefore, Defendants must meet the "good cause" standard.

　　　　Defendants state that the requested redactions concern confidential information about Defendants' business practices and recruiting efforts. Wang Decl. The Court has previously approved requests to seal similar documents in this case. *See, e.g.,* ECF 169.

　　　　Having examined the requested redactions, the Court finds that the request satisfies the "good cause" standard, is narrowly tailored to address the parties' need for confidentiality, and

comports with the requirements of Civil Local Rule 79-5.The Court therefore GRANTS Defendants' request to seal the following portions of Exhibit A (page: line): 2:8-14; 2:24-27; 6:5-7; 6:19-21; 6:25-7:2; 13:21-23; 14:16-21; 14:22-24; 22:10; 22:11-13; 23:20-22; 24:28; 25:8-9; 25:11; 25:16-17; and 26:7-8.

**IT IS SO ORDERED.**

Dated: October 1, 2015

BETH LABSON FREEMAN
United States District Judge

2