UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| KONINKLIJKE PHILIPS N.V., et al.,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>ELEC-TECH INTERNATIONAL CO., LTD., et al.,<br><br>　　　　　Defendants. | Case No. 14-cv-02737-BLF<br><br>**ORDER ON PUBLICATION OF UNREDACTED HEARING TRANSCRIPT** |

On September 10, 2015, the Court heard oral argument regarding Defendants' Motion for Civil Contempt and/or Sanctions. At the hearing, the parties indicated that they may want to seal portions of the transcript, but have not informed the Court of any redaction requests.

The Court will file the complete transcript on October 23, 2015 unless counsel contacts the court reporter with redaction requests prior to that date.

**IT IS SO ORDERED.**

Dated: October 19, 2015

_____
BETH LABSON FREEMAN
United States District Judge