UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| KONINKLIJKE PHILIPS N.V., et al.,<br><br>Plaintiffs,<br><br>v.<br><br>ELEC-TECH INTERNATIONAL CO., LTD., et al.,<br><br>Defendants. | Case No. 14-cv-02737-BLF<br><br>**ORDER GRANTING DEFENDANTS' MOTION TO FILE PORTIONS OF SEPTEMBER 10, 2015 HEARING TRANSCRIPT UNDER SEAL**<br><br>[Re: ECF 175] |

Before the Court is an administrative motion by Elec-Tech International Co., Ltd and Elec-Tech International (H.K.) Co., Ltd. ("Moving Defendants") to redact portions of the transcript from the September 10, 2015 hearing on Moving Defendants' Motion for Civil Contempt and/or Sanctions ("Transcript"). ECF 175. The administrative motion is unopposed.

Courts recognize a "general right to inspect and copy public records and documents, including judicial records and documents." *Kamakana v. City & Cnty. of Honolulu*, 447 F.3d 1172, 1178 (9th Cir. 2006). When a party requests to seal judicial records attached to a non-dispositive motion, such as the motion for civil contempt and/or sanctions at issue here, it must show "good cause." *Id.* at 1180.

At the September 10, 2015 hearing, Moving Defendants noted their intention to request the redaction of certain portions of the Transcript. *See* Redacted Transcript, ECF 175-3 at 32-33. On October 19, 2015, the Court issued an Order on Publication of Unredacted Hearing Transcript stating that the Transcript would be published without redaction unless the parties submitted their requests. ECF 174. Moving Defendants responded with this motion.

Moving Defendants have established that the requested portions of the Transcript reflect information from exhibits previously ordered to be filed under seal. *See* Def.'s Mot at 1. Thus,

1   Moving Defendants have satisfied the "good cause" standard.

2   Because this material is sealable, the request also complies with Civil Local Rule 79-5(b). The Court has reviewed the redactions and finds them to be narrowly tailored, as required by Civil Local Rule 79-5(d)(1)(C). As such, Moving Defendants' motion to file the following portions of the Transcript under seal is GRANTED: (page:line): 52:13-17; 52:19; 52:21; 52:24-53:3; 55:4-6; 55:8; 55:15; 55:25-56:1; 57:7-9; 57:16-18; 57:20-21; 58:22-24; 61:6-7; 61:11-25; 63:10-11; 69:20;73:6; 73:13; 74:5; 74:7; 74:9; 74:21; 75:2; 75:4:75:6; 76:5-6; 76:16; 76:19-20; 76:21-22; 77-22-24; 79:12-14; 79:20-23; 80:7-9; 80:15; 81:2; 81:11; 81:12-13; 81:17:81:19; 81:22-23; 81:25-82:3; 82:9; 84:2; 84:6-7.

**IT IS SO ORDERED.**

Dated: October 28, 2015

_____
BETH LABSON FREEMAN
United States District Judge